THE LONG ISLAND RAILROAD COMPANY, Respondent, *v.* LAURA M. FAIRCHILD et al., Appellants.

*Long Island R. R. Co.* v. *Fairchild*, 152 App. Div. 723, affirmed. (Argued April 17, 1913; decided May 6, 1913.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the second judicial department, entered October 4, 1912, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in a proceeding to condemn land for railroad purposes.

The following questions were certified:

" 1. Was the plaintiff at the time of the commencement of these proceedings bound by the provisions of the deed recited in the petition herein between the *habendum* clause thereof and the succeeding covenant by the grantors against incumbrances ?

" 2. Were these appellants entitled to enforce these provisions ?

" 3. Do these provisions create interests in parcel number 2 which may be acquired by the plaintiff in this proceeding ?

" 4. Will those provisions be extinguished by such acquisition ?

" 5. Does the deed of 1864 set forth in the petition by the legal construction of its language purport to provide such a condition against the subsequent appropriation to

public use which is contemplated in this proceeding as that, upon breach of such condition, the grantors or their heirs might re-enter?

" 6. Would such a condition be valid?

" 7. If the heirs of the grantors can enforce this condition because of the present appropriation, can the devisees of the grantors also have compensation because of such appropriation?

. " 8. Is the measure of compensation to which these appellants are entitled correctly stated by the court at Special Term in the seventh conclusion of law?"

*Edward E. Sprague* for appellants.

*James W. Treadwell, Joseph F. Keany* and *Louis J. Carruthers* for respondent.

Order affirmed, with costs, on opinion of THOMAS, J., below. Third, fourth and eighth questions certified answered in the affirmative. Remaining questions not answered.

Concur: CULLEN, Ch. J., GRAY, WERNER, COLLIN, CUDDEBACK and MILLER, JJ. Absent: HISCOCK, J.